UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| TRISTON T. LYONS<br>D.O.C. # 488174 | : | DOCKET NO. 15-cv-2310 |
| VERSUS | : | JUDGE WALTER |
| KEITH COOLEY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 21] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of any objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

**THUS DONE** this _____ day of _____, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE